IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Standford, Karen L | Case Number: 07 B 10911 |
| | Judge: Squires, John H |
| Printed: 9/23/08 | Filed: 6/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: July 2, 2008
Confirmed: August 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,044.00 | |
| Secured: | | 4,854.14 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,759.49 |
| Trustee Fee: | | 413.42 |
| Other Funds: | | 16.95 |
| Totals: | 7,044.00 | 7,044.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Associates | Administrative | 2,827.00 | 1,759.49 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 15,953.85 | 4,722.40 |
| 4. | City Of Chicago | Secured | 475.32 | 131.74 |
| 5. | Citi Residential Lending Inc | Secured | 10,094.12 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 93.00 | 0.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 8. | Great American Finance Company | Unsecured | 26.00 | 0.00 |
| 9. | Illinois Dept Of Employment Sec | Unsecured | 617.00 | 0.00 |
| 10. | Progressive Insurance Co | Unsecured | 773.64 | 0.00 |
| 11. | Illinois Dept Of Employment Sec | Unsecured | 617.00 | 0.00 |
| 12. | I C Systems Inc | Unsecured | 20.40 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 163.06 | 0.00 |
| 14. | Schottler & Zukosky | Priority | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 17. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 18. | GC Services | Unsecured | | No Claim Filed |
| 19. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 22. | AT&T | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,660.39 | $ 6,613.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Standford, Karen L

Printed:  9/23/08

Case Number:  07 B 10911
Judge:  Squires, John H
Filed:  6/19/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 214.25 |
| 6.5% | 199.17 |
|  | _____ |
|  | $ 413.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

